**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6350**

JOHN PAUL TURNER,

                              Petitioner - Appellant,

        versus

SUPERINTENDENT OF ROCKRIDGE REGIONAL JAIL,
Augusta County Sheriff,

                              Respondent - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Samuel G. Wilson, District
Judge.  (CA-03-761-7-SGW)

Submitted:  July 29, 2005          Decided:  September 6, 2005

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's order accepting the recommendation of the magistrate judge and denying Turner's Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for consolidation is denied.

DISMISSED